IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:07-cv-00320-GCM

| | |
|---|---|
| MECKLENBURG COUNTY, | ) |
| Plaintiff, | ) |
| v. | ) |
| NORTEL GOVERNMENT SOLUTIONS, INCORPORATED f/k/a PEC SOLUTIONS, INC., | ) **ORDER** |
| Defendant. | ) |

IT IS HEREBY ORDERED for good cause shown that the Notice from the Court requiring the parties to hold an initial attorneys' conference on or before August 27, 2007, is stayed. The parties are hereby ordered to hold the initial attorneys' conference pursuant to Rule 26(f) within fourteen (14) days after the Court issues a written order resolving all motions to dismiss filed pursuant to Rule 12 of the Federal Rules of Civil Procedure.

Signed: August 28, 2007

Graham C. Mullen
United States District Judge

1