IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:07-CV-320-GCM**

| | | |
|---|---|---|
| MECKLENBURG COUNTY, | ) | |
| Plaintiff, | ) | <u>**ORDER**</u> |
| v. | ) | |
| NORTEL GOVERNMENT SOLUTIONS | ) | |
| INC. f/k/a PEC SOLUTIONS, INC. | ) | |
| Defendant. | ) | |

THIS MATTER is before the court on its own motion. The Parties filed their Certification and Report of Rule 26(f) Conference and Discovery Plan [doc. 18] on April 22, 2008. Prior to entering the Pre-Trial Order, an Initial Pretrial Conference will be held in Chambers. All parties are directed to appear for this conference on **Thursday, May 8, 2008 at 11:00 a.m.** .

IT IS SO ORDERED.

Signed: April 29, 2008

Graham C. Mullen
United States District Judge