IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07-CV-320-GCM

| | |
|---|---|
| MECKLENBURG COUNTY, | ) |
|     Plaintiff, | ) |
| v. | )    ORDER |
| NORTEL GOVERNMENT SOLUTIONS, | ) |
|     Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on its own motion. The parties are hereby directed to appear for a status conference on **Thursday, August 7, 2008, at 10:30 a.m. in Chambers.**

**IT IS SO ORDERED.**

Signed: May 15, 2008

Graham C. Mullen
United States District Judge