IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07-CV-320-GCM

| | |
|---|---|
| MECKLENBURG COUNTY, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>NORTEL GOVERNMENT SOLUTIONS, )<br>    Defendant. )<br>) | ORDER |

  **THIS MATTER IS BEFORE THE COURT** on its own motion. All parties are directed to be available for a telephone status conference on **Thursday, March 19, 2009, at 10:30 a.m.**.

        Signed: March 12, 2009

        Graham C. Mullen
        United States District Judge